IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCOS MONTES, et al.,**      ) <br> ) <br> Plaintiffs,     ) <br> ) <br> v.     ) <br> ) <br> **JANITORIAL PARTNERS, INC., et al.,**      ) <br> ) <br> Defendants.     ) <br> ) | Case No. 1:13-cv-00410-RJL |

## MOTION FOR JUDGMENT DEBTOR EXAMINATION
## AND TO PRODUCE DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 69(a)(2) and D.C. Superior Court Rule of Civil Procedure 69-I, the Plaintiffs and Judgment-Creditors, Marcos Montes, Victor Palma, and Sandra Zelaya, respectfully request this Court to set an oral examination hearing to examine judgment-debtor's assets on the record and order the judgment-debtors to produce the documents and information attached as Exhibit A seven (7) days before the hearing date and states following in support:

1. This Court entered a default judgment against Janitorial Partners, Inc., d/b/a Apartment Cleaners, and Ray Park on April 1, 2014 (Dkt. #8) in the amount of $205,716.16 (Two Hundred Five Thousand, Seven Hundred Sixteen Dollars and Sixteen Cents).

2. Collections efforts to date have not yielded a recovery.

3. The total outstanding amount of the judgment is $205,716.16 (Two Hundred Five Thousand, Seven Hundred Sixteen Dollars and Sixteen Cents).

4. Plaintiffs have spent 14 hours on post-judgment enforcement activities including, preparing and mailing correspondence to the Defendants, filing the judgment in a foreign

2

jurisdiction where the Defendants conduct business, researching potential assets and banks, preparing writs of garnishment.

     5. Despite written correspondence requesting payment, Defendants have refused to make voluntary payments to satisfy the judgment.

     WHEREFORE, Plaintiffs respectfully request that this court grant their motion, and further, Plaintiffs respectfully requests the court to award attorney's fees costs for the prosecution of this motion and for the examination of the judgment debtor pursuant to the judgment's underlying causes of action.  29 U.S.C § 216; D.C. Code §§ 32-1012, 32-1308.

          /s/ Denise M. Clark
Denise M. Clark (420480)
Clark Law Group, PLLC
1250 Connecticut Ave., N.W., Ste. 200
Washington, D.C. 20036
P: (202) 293-0015
F: (202) 293-0115
dmclark@benefitcounsel.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 13, 2014, a true and correct copy of the foregoing Motion and Proposed Order were served via first class mail upon:

Janitorial Partners, Inc. d/b/a Apartment Cleaners
5400 Backlick Woods Court
Springfield, VA 22151

and

Ray Park
5400 Backlick Woods Court
Springfield, VA 22151

                                            /s/ Denise M. Clark
                                      Denise M. Clark (420480)
                                      Clark Law Group, PLLC
                                      1250 Connecticut Ave., N.W., Ste. 200
                                      Washington, D.C. 20036
                                      P: (202) 293-0015
                                      F: (202) 293-0115
                                      dmclark@benefitcounsel.com
                                      *Counsel for Plaintiffs*