UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARCOS MONTES *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 13-cv-410 (RJL) |
| | ) | |
| JANITORIAL PARTNERS, INC., *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**
(March 18, 2015) [Dkt. #12]

FILED
MAR 19 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

On August 13, 2014, plaintiffs filed a Motion for Judgment Debtor Examination and to Produce Documents [#12], requesting a debtor examination of defendants and an award of attorney's fees and costs incurred in the prosecution of their motion. On October 23, 2014, Garnishee PNC Bank, N.A. fully satisfied the judgment against defendants, thus mooting plaintiff's request for a debtor examination. Only plaintiffs' request for attorney's fees and costs remains. It is hereby

**ORDERED** that plaintiffs' Motion for Judgment Debtor Examination and to Produce Documents [#12] is **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that plaintiffs' request for a Debtor Examination is **DENIED** as **MOOT**; and it is further

**ORDERED** that plaintiffs' request for Attorney's fees and costs incurred in the prosecution of their motion is **GRANTED**;[1] and it is further

**ORDERED** that defendants pay plaintiffs attorney's fees and costs in the amount of $2,442.34.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

---

[1] Plaintiffs do not request an award for attorney's fees related to all of Plaintiff's post-judgment collection efforts and this Court, accordingly, reserves judgment with respect to all future requests for attorney's fees incurred in the prosecution of this action.