UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARCOS MONTES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 13-cv-410 (RJL) |
| | ) | |
| JANITORIAL PARTNERS, INC., | ) | **FILED** |
| et al., | ) | |
| | ) | SEP 0 9 2015 |
| Defendants. | ) | |

Clerk, U.S. District & ___ ___ _cy
Courts for the District of Columbia

## ORDER

For the reasons stated in the accompanying Memorandum Opinion entered this

9th day of September 2015, it is hereby

**ORDERED** that Defendant Park's Motion to Dismiss [#24-6] is **DENIED**, and it

is further

**ORDERED** that Defendants' Motion to Vacate Default Judgment [#24] is

**GRANTED** in part and **DENIED** in part, and it is further

**ORDERED** the default judgment of $67,180.27 in favor of plaintiff Marcos

Montes is **AFFIRMED**, and it is further

**ORDERED** that the default judgment of $72,993.63 in favor of Victor Palma be

**VACATED**, and it is further

**ORDERED** that the default judgment of $41,771.64 in favor of Sandra Zalaya be

**VACATED**, and it is further

1

**ORDERED** that the $23,770.62 portion of the default judgment awarding attorney's fees and costs as to work performed on behalf of plaintiff Marcos Montes and putative plaintiffs Victor Palma and Sandra Zalaya be **VACATED**, and it is further

**ORDERED** that the case be **REFERRED** to a Magistrate Judge for a Report and Recommendation as to the proper amount of attorney's fees and costs to be awarded to plaintiff Marcos Montes in light of this Court's decision.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

2